WORKS COUNCIL (BETRIEBSVER-TRETUNG) 86 CEG; Fritz Frank; Bernd Guckenbiehl; Manfred Kraus; Kurt Matheis; Horst–Walter Neu; Wolfgang Siegfried; Karl–Heinz Stass; R&W Flammann GMBH, Plaintiffs–Appellants,

v.

UNITED STATES DEPARTMENT OF THE AIR FORCE; Dr. James G. Roche, Secretary of the Air Force, Defendants–Appellees,

and

World Service Alliance, GMBH, Intervenor/Defendant.

No. 00–1123.

United States Court of Appeals, Fourth Circuit.

Argued Sept. 23, 2003.

Decided Oct. 8, 2003.

Before WIDENER, WILKINSON, and NIEMEYER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

We have considered the record and the briefs and, upon oral argument, are of opinion there is no reversible error in this case.

The judgment of the district court is accordingly

*AFFIRMED.*